RECEIVED
NOV 3 0 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.  1:21-cr-00040 |
| v. | **SUPERSEDING INDICTMENT** |
| JEROME NATHANIEL WALLACE III, LINSEY RACHEL STISI, and KARLEE ANN ROSENTHAL, | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(B) T. 21, U.S.C. § 846 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute a Controlled Substance)**

From an unknown date but beginning at least as early as January 2021, and continuing up to and including August 17, 2021, in the Southern District of Iowa and elsewhere, the Defendants, JEROME NATHANIEL WALLACE III, LINSEY RACHEL STISI, and KARLEE ANN ROSENTHAL did knowingly and intentionally conspire with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally, possess with intent to distribute and distribute a controlled substance, namely forty grams or more of a mixture and substance containing a detectable amount of fentanyl and 10 grams or more of a mixture and substance containing a detectable amount of a fentanyl analogue, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendant JEROME NATHANIEL WALLACE III, in addition to the drug quantity listed above, his conduct as a member of the above conspiracy includes the reasonably

foreseeable serious bodily injury or death of J.L., Z.D. or G.K. from the use of fentanyl.

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney